# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

WILLIAM TERRELL AND MADISON
TERRELL, INDIVIDUALLY, AND
ON BEHALF OF THEIR MINOR
CHILD, DALLAS TERRELL

VERSUS

ACADIAN AMBULANCE SERVICE,
INC., AND SAMRAT MUKHERJEE

NO.   2024 CW 0635

**SEPTEMBER 23, 2024**

---

In Re:   Acadian   Ambulance   Service,   Inc.,   applying   for
supervisory writs, 18th Judicial District Court, Parish
of Iberville, No. 82736.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT